| PROB 22 (Rev12/06) | | | DOCKET NUMBER *(Tran. Court)* 2:99CR00066-002 |
|---|---|---|---|
| **TRANSFER OF JURISDICTION** FILED 10-23-07 OCT 23 2007 | | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Charles Kenison Hill  RECEIVED OCT 0 1 2007 U.S. PROBATION OFFICE CHICAGO, ILLINOIS | DISTRICT EASTERN DISTRICT OF VIRGINIA MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT | DIVISION Norfolk | |
|---|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable Jerome B. Friedman | | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM August 24, 2007 | TO August 23, 2012 |

| OFFENSE |
|---|
| Conspiracy to Distribute and Possess with Intent to Distribute Cocaine Base, Commonly Known as "Crack" |

07CR 704 JUDGE JOAN H. LEFKOW  MAGISTRATE JUDGE COX

| PART 1 - ORDER TRANSFERRING JURISDICTION |
|---|
| UNITED STATES DISTRICT COURT FOR THE <u>EASTERN DISTRICT OF VIRGINIA</u> |
| IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the NORTHERN DISTRICT OF ILLINOIS upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.* |
| 9/24/07           *(signature)* Date                       United States District Judge |

*This sentence may be deleted in the discretion of the transferring Court.

| PART 2 - ORDER ACCEPTING JURISDICTION |
|---|
| UNITED STATES DISTRICT COURT FOR THE <u>NORTHERN DISTRICT OF ILLINOIS</u> |
| IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order. |
| OCT 2 3 2007      *(signature)* Effective Date                  United States District Judge |